IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 1:14-CR-00459-LMM-JFK |
| TEON RICHARDSON, | |
| Defendant. | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [25], which recommends Defendant be found competent to stand trial. No objections have been filed in response to the Magistrate's Report and Recommendation. Having reviewed the R&R, it is received with approval. The Court therefore **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and finds that Defendant is competent to stand trial.

**IT IS SO ORDERED** this 28th day of July, 2015.

*/s/ Leigh Martin May*
**Leigh Martin May**
**United States District Judge**